IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-23-111-GF-BMM-JTJ |
| Plaintiff, | ORDER |
| v. | |
| JACOB EDWIN WILSON, | |
| Defendant. | |

For the reasons stated in open Court on December 6, 2024,

IT IS ORDERED that Defendant, Jacob Wilson (Wilson) is released from custody on December 6, 2024.

IT IS FURTHER ORDERED that Wilson will appear before the undersigned on March 11, 2025, at 1:30 p.m. for a final hearing on the revocation of his supervised release.

DATED this 6th day of December, 2024.

John Johnston
United States Magistrate Judge