IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br><br><br>JACOB EDWIN WILSON,<br><br>　　　　　Defendant. | CR-23-111-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 24, 2025. (Doc. 61.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on July 16, 2025 (Doc. 57.) The United States accused Jacob Edwin Wilson (Wilson) of violating the conditions of his supervised release by: (1) failing to comply with substance abuse testing on June 22, 2025 and June 29, 2025; (2) using methamphetamine on June 23, 2025; (3) consuming alcohol on June 23, 2025; (4) failing to report to his probation officer as directed on July 1, 2025; and (5) failing to comply with substance abuse treatment on July 1, 2025.  (Doc. 54.)

At the revocation hearings, Wilson admitted that he had violated the conditions of supervised release as set forth in allegations 1-5 of the petition. Wilson was advised of his right to appeal and allocute before the undersigned, he waived those rights.  (Doc. 57.)

Judge Johnston found that violations Wilson admitted prove serious and warrants revocation of his supervised release and recommends a term of custody 4 months, 20 months of supervised release to follow. (Doc. 61.)

The violations prove serious and warrant revocation of Wilson's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 61) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Jacob Wilson be sentenced to 4 months, with 20 months of supervised release to follow.

DATED this 31st day of July 2025.

_____
Brian Morris, Chief District Judge
United States District Courts