IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br><br> JACOB EDWIN WILSON, <br><br> Defendant. | CR-23-111-GF-BMM <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 4, 2026. (Doc. 72.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a final revocation hearing on February 3, 2026 (Doc. 68.) The United States accused Jacob Wilson (Wilson) of violating the

conditions of his supervised by: (1) failing to check in with his probation officer as instructed on November 25, 2025; (2) failing to attend substance abuse treatment on November 25, 2025; and (3) failing to complete intake at Blue Thunder Lodge, a sober living facility, on November 26, 2025, with his whereabouts unknown since that time. (Doc. 66.)

At the revocation hearing, Wilson admitted that he had violated the conditions of supervised release as set forth in allegations 1-3 of the Petition. Judge Johnston recommended a sentence of custody of 6 months with 7 months of supervised release to follow. Judge Johnston also recommended during the first 180 days of supervised release, Wilson shall be placed in a residential re-entry center.  (Doc. 72.) The Court advised Wilson of his right to appeal and to allocute before the undersigned. He waived those rights. (Doc. 68.)

The violations Wilson admitted prove serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 72) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Jacob Edwin Wilson be sentenced for a term of custody of 6 months with 7 months supervised release to follow. During the first 180 days of supervised release, Wilson shall be placed in a residential re-entry center.

DATED this 24th day of February 2026.

_____
Brian Morris, Chief District Judge
United States District Courts